SNF HOLDING COMPANY, Flopam Inc., Chemtall, Inc., SNF SAS, SNF (China) Flocculant Co. Ltd., Appellants

v.

BASF CORPORATION, Appellee

2016-2565

United States Court of Appeals, Federal Circuit.

October 17, 2017

JAMES W. DABNEY, Hughes Hubbard & Reed LLP, New York, NY, argued for appellants. Also represented by JAMES W. BRADY, JR., JONATHAN W.S. ENGLAND, CHARLES J. MONTERIO, JR., Blank Rome LLP, Washing-ton, DC.

ROBERT RIDDLE, Reed Smith LLP, Houston, TX, argued for appellee. Also represented by MATTHEW S. GIBSON; JAMES CHRISTOPHER MARTIN, Pittsburgh, PA; SCOTT D. BAKER, San Francisco, CA.

(Prost, Chief Judge, Wallach and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**